**Order entered February 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00031-CV

### ROBERT PHALEN, Appellant

### V.

### WAYNE KIRK, ET AL., Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00528**

## ORDER

The clerk's record in this case is incomplete. The Court **ORDERS** Felicia Pitre, District Clerk of Dallas County, Texas to file **within five (5) days of the date of this order** a supplemental clerk's record including the October 15, 2013 original petition.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE